NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

GERALD DWAYNE SNETHEN, *Petitioner*.

No. 1 CA-CR 19-0249 PRPC
FILED 11-19-2019

Petition for Review from the Superior Court in Maricopa County
No. S8015CR201501387
The Honorable Richard D. Lambert, Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Mohave County Attorney's Office, Kingman
By Matthew J. Smith
*Counsel for Respondent*

Gerald Dwayne Snethen, Eloy
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Jennifer B. Campbell delivered the decision of the Court, in which Judges Lawrence F. Winthrop and Michael J. Brown joined.

---

**P E R   C U R I A M**:

**¶1** Petitioner Gerald Dwayne Snethen seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's first petition for review.

**¶2** Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3** We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4** We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:  AA